An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KRISTIE MAE WIEBE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62742

FILED

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of driving under the influence with two or more prior convictions. Fourth Judicial District Court, Elko County; Nancy L. Porter, Judge.

Appellant Kristie Mae Wiebe contends that the district court abused its discretion by revoking her probation, terminating her from a DUI diversion program, and entering a judgment of conviction because insufficient evidence was presented to establish that she violated a condition of her probation by consuming ethanol.[1] Wiebe seems to allege that one of the two biomarkers used to establish that she consumed ethanol was unreliable because it was not confirmed by eyewitness testimony and did not specify exactly when she consumed the intoxicant. The district court's decision to revoke probation will not be disturbed absent an abuse of discretion. *Lewis v. State*, 90 Nev. 436, 438, 529 P.2d 796, 797 (1974). At the revocation hearing, the district court heard expert

---

[1]We disagree with the State's assertion that we lack jurisdiction to hear this claim. *See* NRS 177.015(3); NRS 177.045; NRS 484C.340(5)(b).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27886

testimony that two reliable biomarkers were used together to determine that Wiebe consumed ethanol within 48 hours of testing and the results indicated it was not incidental exposure. We conclude that Wiebe fails to demonstrate that the district court abused its discretion by determining that her conduct was not as good as required, revoking her probation, terminating her from the diversion program, and entering the judgment of conviction. *See id.*; NRS 484C.340(5)(b). Accordingly, we

ORDER the judgment of conviction AFFIRMED.[2]

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                              Saitta

cc:     Hon. Nancy L. Porter, District Judge
        Elko County Public Defender
        Attorney General/Carson City
        Elko County District Attorney
        Elko County Clerk

---

[2]Although we filed the fast track statement and response, they fail to comply with the Nevada Rules of Appellate Procedure because the fast-track statement's margins are not at least 1-inch on all four sides and the response is not double-spaced. *See* NRAP 3C(h)(1); NRAP 32(a)(4) We caution counsel for both parties that future failure to comply with the Nevada Rules of Appellate Procedure may result in the imposition of sanctions. *See* NRAP 3C(n).